No. 442. UNITED STATES *v.* ELCHIBEGOFF. February 3, 1947. The motion by respondent to enlarge the issues is denied. The writ of certiorari is dismissed on motion of counsel for the petitioner. *Solicitor General McGrath* and *Assistant Solicitor General Washington* for the United States. *Joseph Forer* for respondent.

No. 101, Misc. EX PARTE FINLEY. See *post,* p. 817.

No. 220. BAILEY *v.* UNITED STATES. See *ante,* p. 670.

No. 141. CONFEDERATED BANDS OF UTE INDIANS *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Court of Claims granted. *Ernest L. Wilkinson, John W. Cragun* and *Francis M. Goodwin* for petitioners. *Solicitor General McGrath, Roger P. Marquis* and *Fred W. Smith* for the United States.